United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RODRIGO VALENCIA VELAZQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00268 |
| | § | |
| UNKNOWN PARTIES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM
## AND RECOMMENDATION TO DISMISS CASE

On May 3, 2022, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Dismiss Case" (M&R, D.E. 31).  Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13.  No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 31), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.  Accordingly, the Court:

(1)   **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against **Officer Morales, Lieutenant Mathews, SIS Operator Machada**, and **Unknown Parties**, based on incidents occurring at FCI-Coleman, FCI-Atlanta, FCI-Bennettsville, FCI-Victorville, and FCI-Pollock due to improper joinder and improper venue;

(2)   **DISMISSES WITH PREJUDICE** Plaintiff's claims against **FCI-Three Rivers** and the **South Regional Office of the BOP** in their official capacities;

(3)   **DISMISSES WITH PREJUDICE** Plaintiff's Eighth Amendment claims for failure to protect against **Unknown Parties** (referenced in the Second Amended Complaint as a captain and other officials) in their individual capacities for failure to state a claim for relief; and

(4)   **DISMISSES WITH PREJUDICE** Plaintiff's additional incoherent and irrational claims as frivolous and/or for failure to state a claim for relief.

The Court further **ORDERS** that this dismissal **COUNTS** as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **INSTRUCTED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

ORDERED on June 21, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE